# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DEBORAH L. WEBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-10-399-R |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court are the Findings and Recommendation of United States Magistrate Judge Shon T. Erwin entered May 10, 2011. Doc. No. 15. No objection to the Findings and Recommendation has been filed nor has an extension of time in which to file an objection been sought or granted. Therefore, the Findings and Recommendation of the Magistrate Judge [Doc. No. 15] are ADOPTED in their entirety and the decision of the Commissioner of the Social Security Administration is REVERSED. This case is REMANDED to the Social Security Administration for further proceedings consistent with the Findings and Recommendation of the Magistrate Judge.

IT IS SO ORDERED this 2nd day of June, 2011.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE